FILED: April 10, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1544 (L)
_____

LOUIS B. ANTONACCI, an individual,

        Plaintiff – Appellant,

v.

RAHM EMANUEL, an individual; STEPHEN B. SHAPIRO, an individual; PAUL J. KIERNAN, an individual; HOLLAND & KNIGHT, LLP, a limited liability partnership; SETH T. FIRMENDER, an individual; FTI CONSULTING, INC., a for-profit corporation; ROKK SOLUTIONS LLC, a limited liability company; STORIJ, INC., d/b/a The So Company, d/b/a Driggs Research International, d/b/a STOR Technologies, a for-profit corporation; BEAN LLC, d/b/a Fusion GPS, a limited liability company; DERRAN EADDY, an individual; PERKINS COIE LLP, a general partnership; SEYFARTH SHAW, a limited liability partnership; MATTHEW J. GHERINGER, an individual,

        Defendants – Appellees.

_____

O R D E R

_____

The court amends its opinion filed April 9, 2025, as follows:

On the cover page, the lead case number is corrected to 24-1544.

For the Court – By Direction

/s/ Nwamaka Anowi, Clerk